

EOD
06/19/2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 16-42222 |
| TRACY LEE BAILEY § | |
| DEBTOR(S) § | CHAPTER 13 |
| § | |
| NATIONSTAR MORTGAGE LLC § | |
| MOVANT § | |
| § | |

## AGREED ORDER TERMINATING STAY

The Court finds that Nationstar Mortgage LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W3 (hereinafter collectively referred to as "Movant"), a secured creditor in this matter, has filed a Motion for Relief from Stay of Act Against Property ("Motion") concerning the collateral described as 1102 Mossridge Dr, Missouri City, Texas 77489 (the "Property"), and more particularly described in the deed of trust; that all required notices of the Motion have been properly served; and that the parties have agreed to modification of the 11 USC §362(a) stay with respect to the Property. Movant is the holder of the certain Note and Deed of Trust ("Loan Documents") concerning the Property. Default has occurred in the performance of certain obligations of Debtors to Movant.

IT IS THEREFORE ORDERED that the 11 USC §362(a) stay as to Movant, its successors and/or assigns, is hereby TERMINATED, and Movant, its successors and/or assigns, is hereby permitted to exercise any rights granted to it by the parties' contract documents with respect to the Property including, but not limited to, the execution of a non-judicial foreclosure sale of the Property.

Signed on 6/19/2018

_Brenda T. Rhoades_ SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND APPROVED BY:

_/s/ Kelli Johnson_____
Kelli Johnson / TBN 24053317
Rubin & Associates, P.C.
13601 Preston Rd, Suite 500E
DALLAS, TX 75240
(214) 760-7777
Attorney for Debtors

_/s/ LynAlise K. Tannery_____
LynAlise K. Tannery / TBN 24083941
Bonial & Associates, P.C. / Attorneys and Counselors
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600 / (972) 643-6698 (Telecopier)
Attorney for Nationstar Mortgage LLC

AGREED ORDER TERMINATING STAY

5559-N-2001

AGREED ORDER TERMINATING STAY

5559-N-2001